UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-80498-TLS |
| | ) | |
| SANITARY AND IMPROVEMENT DISTRICT NO. 290 OF SARPY COUNTY, NEBRASKA, | ) ) ) | **CHAPTER 9** |
| | ) | |
| Debtor. | ) | |

**APPLICATION FOR FINAL DECREE**
**AND FINAL ACCOUNTING/REPORT**

COMES NOW, Sanitary and Improvement District No. 290 of Sarpy County, Nebraska (the "Debtor"), by and through its attorney, Mark J. LaPuzza, and pursuant to the Order Confirming Plan entered herein (Document No. 37) and Order regarding Issuance of Securities (Document No. 36) submits that the estate herein is fully administered and substantially consummated as follows:

1. That all claims or interests have been surrendered or released in accordance with the provisions of the plan except as shown in Schedule "A", attached hereto.

2. That substantially all of the property of the Debtor has been transferred according to the provisions of the plan except as shown in Schedule "B" attached hereto.

3. That the Debtor has assumed the business of substantially all of the property dealt with by the plan as applicable.

4. That distributions have commenced under the plan and that payments to creditors and other interested parties have been completed as shown in Schedule "C" attached hereto.

5. That there are no additional facts necessary to enable to Court to pass on the provisions of the final decree except as presented in Schedule "D" attached hereto.

WHEREFORE, Debtor herein prays for the entry of the Final Decree finding that the Plan is effective and that the estate has been administered and, therefore, an Order of the Court granting:

a.  Discharge of the Debtor, if applicable;

b.  Any specific injunction or other equitable provisions as set forth in Schedule "D";

c.  the closing of the case; and

d.  Pursuant to the United States Bankruptcy Code and the Plan, this Court shall retain jurisdiction to adjudicate, as necessary, disputes or other matters to be resolved under the Plan.

Dated this 16th day of January, 2018.

                                    **SANITARY AND IMPROVEMENT DISTRICT NO. 290, SARPY COUNTY, NEBRASKA**, Debtor

                                    By: /s/ Mark J. LaPuzza
                                      Mark J. LaPuzza, #22677
                                      Pansing Hogan Ernst & Bachman, LLP
                                      10250 Regency Circle, Suite 300
                                      Omaha, Nebraska 68114
                                      (402) 397-5500
                                      mjlbr@pheblaw.com
                                      ITS ATTORNEY

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded by United States Mail, postage paid, on January 17, 2018 to all parties listed on the Label Matrix for local noticing provided on CM/ECF as of January 16, 2018.

      The undersigned hereby certifies that a true and correct copy of the foregoing was e-mailed via the CM/ECF system this 16th day of January, 2018, to all parties listed on the Label Matrix for local noticing provided on CM/ECF as of January 16, 2018.

      /s/ Mark J. LaPuzza

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-80498-TLS |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | **CHAPTER 9** |
| DISTRICT NO. 290 OF SARPY | ) | |
| COUNTY, NEBRASKA, | ) | |
| | ) | |
| Debtor. | ) | |

## SCHEDULE "A"

Names and addresses of the holders of claims or interests that have not been surrendered or released in accordance with the provisions of the Plan:

As of the date of this filing, the following Creditors have not yet surrendered their Construction Fund Warrants for exchange in payment:

Pershing, LLC = Total Warrant P&I $12,169.00

Morgan Stanley Smith Barney, LLC = Total Warrant P&I $16,032.00

The Certificates of Indebtedness related to these Warrants, as well as the initial distribution related to these Warrants, are being held pending surrender of the Warrants. The Warrant holders have been contacted. In the event that the original Warrants cannot be located, an Affidavit of Lost Warrant will be offered to authorize delivery of the Certificates of Indebtedness and associated payment.

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-80498-TLS |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | **CHAPTER 9** |
| DISTRICT NO. 290 OF SARPY | ) | |
| COUNTY, NEBRASKA, | ) | |
| | ) | |
| Debtor. | ) | |

## SCHEDULE "B"

The following property of the Debtor has been/will be transferred according to the provisions of the Plan:

N/A.

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-80498-TLS |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | **CHAPTER 9** |
| DISTRICT NO. 290 OF SARPY | ) | |
| COUNTY, NEBRASKA, | ) | |
| | ) | |
| Debtor. | ) | |

**SCHEDULE "C"**

Information required to close the case:

All outstanding Construction Fund Warrants were surrendered to the Fiscal Agent/Paying Agent in accordance with the terms of the Plan. Pursuant to the Plan, Order of this Court and the resolution of the Board of Trustees of the District, Certificates in the total amount of $14,598,543.14 were issued on or about December 28, 2017, and delivered to the Construction Fund Warrant Holders in accordance with the terms of the Plan. Payments to Certificate Holders in amount of $1,750,000.00 have further been authorized and distributed on or about January 15, 2018. Further payments shall be made in accordance with the Plan until the Certificates are paid in full or until the Termination Date.

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-80498-TLS |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | **CHAPTER 9** |
| DISTRICT NO. 290 OF SARPY | ) | |
| COUNTY, NEBRASKA, | ) | |
| | ) | |
| Debtor. | ) | |

# SCHEDULE "D"

Include here additional facts, if any, which are necessary to enable to Court to pass on any specific information or other equitable provisions requested in the final decree. If there are none, so indicate.

None.